UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>ERIC SHIBLEY,<br><br>　　　　　　　　Defendant,<br>　　v.<br><br>SSK INVESTMENTS, LLC,<br><br>　　　　　　　　Garnishee-Defendant. | CASE NO. 2:22-mc-00073-LK<br><br>ORDER TERMINATING<br>GARNISHMENT PROCEEDINGS |

　　　　This matter comes before the Court on the United States of America's Application to Terminate Garnishment Proceeding. Dkt. No. 15. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

ORDER TERMINATING GARNISHMENT PROCEEDINGS - 1

1   The Court GRANTS the Application and ORDERS that the garnishment is terminated and
2   that Garnishee, SSK Investments, LLC, is relieved of further responsibility pursuant to this
3   garnishment. The Clerk of the Court is directed to close this matter.

5   Dated this 21st day of September, 2023.

Lauren King
United States District Judge

ORDER TERMINATING GARNISHMENT PROCEEDINGS - 2